AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

v.

BETTOR INVESTMENTS, LLC, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:19-cv-00429-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the SEC's Motion and Memorandum of Law in Support of Civil Penalties (ECF No. [11]) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that Matthew C. Stuart pay $60,000 in civil penalties.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered against Mathew C. Stuart in accordance with this Court's March 27, 2020 order (ECF No. 12).

   March 27, 2020  
   Date

   DEBRA K. KEMPI  
   Clerk

   /s/ L. White  
   Deputy Clerk